peals for the First Circuit denied. *Mr. Frank H. Stewart* for petitioner. *Mr. Arthur Dehon Hill* for respondents.

---

No. 445. HOWE SCALE COMPANY OF 1886 ET AL., PETITIONERS, *v.* WYCKOFF, SEAMANS & BENEDICT. January 11, 1904. Petition for cross-writ of certiorari granted. *Mr. Edmund Wetmore* and *Mr. Henry D. Donnelly* for cross-petitioner. *Mr. Austen G. Fox, Mr. James H. Peirce, Mr. George P. Fisher, Jr.,* and *Mr. Wm. Henry Dennis* for cross-respondent

---

No. 517. MARTIN H. SULLIVAN, PETITIONER, *v.* WILLIAM A. MILLIKEN. January 11, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Thomas H. Watts* for petitioner. *Mr. William A. Blount* for respondent.

---

· No. 522. AMERICAN CREDIT INDEMNITY COMPANY OF NEW YORK, PETITIONER, *v.* CARROLLTON FURNITURE MANUFACTURING COMPANY. January 11, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Albert Stickney* for petitioner. No appearance for respondent.

---

No. 526. WILLIAM A. CHAPMAN ET AL., PETITIONERS, *v.* MONTGOMERY WATER POWER COMPANY. January 11, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. A. Gunter* and *Mr. G. L. Smith* for petitioners. *Mr. Edward A. Graham, Mr. Robert E. Steiner* and *Mr. Horace Stringfellow* for respondent.

---

· No. 533. MONTGOMERY WATER POWER COMPANY, PETI-